| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **East Coast Welding and Construction Co., Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1175158** |
| 4. | **Debtor's address** | **Principal place of business**  **1207 Wilson Road**  **Glen Burnie, MD 21061**  Number, Street, City, State & ZIP Code  **Anne Arundel**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **East Coast Welding and Construction Co., Inc.**    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

| Debtor | East Coast Welding and Construction Co., Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **East Coast Welding and Construction Co., Inc.**                    Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| | |
|---|---|
| Debtor  **East Coast Welding and Construction Co., Inc.** | Case number (*if known*) |
| Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  4, 2022**
              MM / DD / YYYY

X **/s/ Christopher D. Brown**                              **Christopher D. Brown**
Signature of authorized representative of debtor           Printed name

Title   **Owner**

**18. Signature of attorney**

X **/s/ Robert M. Stahl**                    Date  **September  4, 2022**
Signature of attorney for debtor                    MM / DD / YYYY

**Robert M. Stahl**
Printed name

**Law Offices of Robert M. Stahl**
Firm name

**1142 York Road**
**Lutherville, MD 21093**
Number, Street, City, State & ZIP Code

Contact phone  **410-825-4800**        Email address  **StahlLaw@comcast.net**

**11537 MD**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **East Coast Welding and Construction Co., Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AJ Equity Group, LLC<br>1648 61st Street<br>Brooklyn, NY 11204 | | Pending Lawsuit/Collection Account | | | | $155,341.21 |
| Asbestos Specialists, Inc<br>P O Box 368<br>Linthicum, MD 21090 | | Collection Account | | | | $38,340.00 |
| Autlex Electric, Inc d/b/a Hammer Electric<br>845 Fannie Dorsey Road<br>Eldersburg, MD 21784 | | Collection Account | | | | $15,914.92 |
| Channel Partners Capital<br>408 E Main Street<br>Bldg 300, Suite I<br>Marshall, MN 56258 | | Collection Account | | | | $127,538.00 |
| Chesapeake Systems, LLC<br>7400 Coca Cola Drive<br>Hanover, MD 21076 | | Collection Account | | | | $35,787.72 |
| Chimney Works, LLC<br>1610 Professional Blvd, Suite K<br>Crofton, MD 21114 | | Pending Lawsuit/Collection Account | | | | $12,566.67 |
| Cool Springs Excavation, Inc<br>2724 Bynum Hill Circle<br>Bel Air, MD 21015 | | Collection Account | | | | $26,852.00 |

Debtor **East Coast Welding and Construction Co., Inc.**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Delval Equipment Corporation**<br>604 General Washington Avenue<br>West Norriton, PA 19403 | | **Pending Lawsuit/Collection Account** | | | | $160,532.86 |
| **Environmental Products, Inc**<br>57 West Timonium Road, Suite 303<br>Lutherville, MD 21093 | | **Collection Account** | | | | $17,368.51 |
| **Ferguson Enterprises**<br>1300 Wolseley Industrial Group<br>P O Box 417592<br>Boston, MA 02241 | | **Pending Lawsuit/Collection Account** | | | | $72,998.78 |
| **Global Funding Experts**<br>2701 Queens Plaza North, Suite 802<br>Long Island, NY 11101 | | **Collection Account** | | | | $133,750.00 |
| **Home Depot Credit Services**<br>P O Box 9001030<br>Louisville, KY 40290 | | **Collection Account** | | | | $17,296.28 |
| **James R Walls Contracting Co., Inc**<br>7813 Delano Road<br>Clinton, MD 20735 | | **Collection Account** | | | | $19,488.00 |
| **McNeil Sales & Service, Inc**<br>15 Marlen Drive<br>Robbinsville, NJ 08691 | | **Collection Account** | | | | $34,075.67 |
| **Monumental Supply Co**<br>401 S Haven Street<br>Baltimore, MD 21224 | | **Peding Lawsuit/Collection Account** | | | | $108,193.86 |
| **Payce - A Deluxe Business**<br>P O Box 7247<br>Philadelphia, PA 19170 | | **Collection Account** | | | | $8,346.73 |
| **Thos Somerville Co**<br>P O Box 62456<br>Baltimore, MD 21264 | | **Collection Account** | | | | $74,828.36 |

Debtor **East Coast Welding and Construction Co., Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Energy Products, Inc**<br>**1610 Professional Blvd, Suite K**<br>**Crofton, MD 21114** | | **Pending Lawsuit/Collection Account** | | | | **$22,602.22** |
| **UNMC Fleetcor**<br>**P O Box 923928**<br>**Norcross, GA 30010** | | **Collection Account** | | | | **$12,831.09** |
| **Wells Business BKG Support Group**<br>**P O Box 202902**<br>**Dallas, TX 75320-2902** | | **PPP Loan** | | | | **$305,589.99** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101


ADAM C KISH, ESQUIRE
5790 MORLAND DRIVE NORTH
ADAMSTOWN, MD 21710


ADT SECURITY SERVICES
3190 S VAUGHN WAY
AURORA, CO 80014


AJ EQUITY GROUP, LLC
1648 61ST STREET
BROOKLYN, NY 11204


ALLMARK DOOR
1247 WARD AVENUE
WEST CHESTER, PA 19380


ALLY FINANCIAL
500 WOODWARD AVENUE
DETROIT, MI 48226


ARIEL BOUSKILA, ESQUIRE
80 BROAD STREET, SUITE 3303
NEW YORK, NY 10004


ASBESTOS SPECIALISTS, INC
P O BOX 368
LINTHICUM, MD 21090


AUTLEX ELECTRIC, INC
D/B/A HAMMER ELECTRIC
845 FANNIE DORSEY ROAD
ELDERSBURG, MD 21784

BG&E  
P O BOX 1475  
BALTIMORE, MD 21203


BMG METALS, INC  
P O BOX 7433  
MERRIFIELD, VA 22116


C.B. CHAMBERLAIN & ASSOCIATES, LLC  
P O BOX 264  
WHITE MARSH, MD 21162


CHANNEL PARTNERS CAPITAL  
408 E MAIN STREET  
BLDG 300, SUITE I  
MARSHALL, MN 56258


CHESAPEAKE SYSTEMS, LLC  
7400 COCA COLA DRIVE  
HANOVER, MD 21076


CHIMNEY WORKS, LLC  
1610 PROFESSIONAL BLVD, SUITE K  
CROFTON, MD 21114


CINTAS CORP #47M  
P O BOX 630803  
CINCINNATI, OH 45263


COLUMBIA HEATING PRODUCTS  
P O BOX 24202  
1409 ROME ROAD  
BALTIMORE, MD 21227


COMPTROLLER OF MARYLAND  
BANKRUPTCY UNIT  
301 W PRESTON STREET, ROOM 409  
BALTIMORE, MD 21201

COOL SPRINGS EXCAVATION, INC
2724 BYNUM HILL CIRCLE
BEL AIR, MD 21015


DELVAL EQUIPMENT CORPORATION
604 GENERAL WASHINGTON AVENUE
WEST NORRITON, PA 19403


DERBYSHIRE, MACK & MORGAN
4009-D MARKET STREET
ASTON, PA 19014


DIPAULA LAW
34 S MAIN STREET
BEL AIR, MD 21014


DS PIPE & STEEL SUPPLY, LLC
P O BOX 6367
BALTIMORE, MD 21230


EARLBECK CORPORATION
8204 PULASKI HIGHWAY
BALTIMORE, MD 21237


ENVIRONMENTAL PRODUCTS, INC
57 WEST TIMONIUM ROAD, SUITE 303
LUTHERVILLE, MD 21093


F&W SUBCONTRACTING
5185 PORT TOBACCO ROAD
NANJEMOY, MD 20662


FERGUSON ENTERPRISES
1300 WOLSELEY INDUSTRIAL GROUP
P O BOX 417592
BOSTON, MA 02241

FRIEDMAN, FRAMME & THRUSH, PA
BECO TOWERS II
10461 MILL RUN CIRCLE, SUITE 550
OWINGS MILLS, MD 21117


GLOBAL FUNDING EXPERTS
2701 QUEENS PLAZA NORTH, SUITE 802
LONG ISLAND, NY 11101


GM FINANCIAL


GRAINGER DEPT
811432368
PALATINE, IL 60038


HOME DEPOT CREDIT SERVICES
P O BOX 9001030
LOUISVILLE, KY 40290


HSB HARTFOR STEAM BOILER INSPECT
P O BOX 73720
CHICAGO, IL 60673


INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA, ROOM 1150
BALTIMORE, MD 21201


JAMES R WALLS CONTRACTING CO., INC
7813 DELANO ROAD
CLINTON, MD 20735


JILL D CARAVAGGIO, ESQUIRE
111116 INNSBROOK WAY, SUITE B
IJAMSVILLE, MD 21754

LANGE ELECTRIC COMPANY, INC.
2626 W PATAPSCO AVENUE
BALTIMORE, MD 21230


LAW OFFICES OF JOHN C WILLIAMS & ASSOCIA
1612 NORTHEAST EXPRESSWAY
ATLANTA, GA 30329


LEGUM FITZPATRICK, PLC
4904 WILLIAMSBURG COURT
FAIRFAX, VA 22032


LEVEL GREEN LANDSCAPE, LLC
6408 DOWER HOUSE ROAD
UPPER MARLBORO, MD 20772


MCNEIL SALES & SERVICE, INC
15 MARLEN DRIVE
ROBBINSVILLE, NJ 08691


MONUMENTAL SUPPLY CO
401 S HAVEN STREET
BALTIMORE, MD 21224


N.H. YATES & CO., INC.
117-C CHURCH LANE
COCKEYSVILLE, MD 21030


NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S CHARLES STREET, SUITE 1600
BALTIMORE, MD 21201


NORTHEASTERN SUPPLY
P O BOX 418154
BOSTON, MA 02241

```
OLD DOMINION INSULATION, INC
12764 OAK LAKE COURT
MIDLOTHIAN, VA 23112


PAYCE - A DELUXE BUSINESS
P O BOX 7247
PHILADELPHIA, PA 19170


POSNER INDUSTRIES
P O BOX 5778
CAPITOL HIEGHTS, MD 20791


QC3 MECHANICAL SERVICE
7939 PIEDMONT AVENUE
GLENARDEN, MD 20706


R.L. PUNZEL COMBUSTION SERVICE, LLC
P O BOX 879
STEPHENS CITY, VA 22655


SCHOOL DISTRICT PUBLISHING
P O BOX 489
RIESEL, TX 76682


SELECTIVE INSURANCE CO. OF AMERICA
P O BOX 371468
PITTSBURGH, PA 15250


SLTNS ENGINEERED SYSTEMS
649 LAFAYETTE AVENUE, SUITE 3
HAWTHORNE, NJ 07506


SMO
P O BOX 37420
BALTIMORE, MD 21297
```

```
SPRINT
P O BOX 1481
CAROL STREAM, IL 60197



STAITI LAW FIRM, INC.
1111 BENFIELD BLVD, SUITE 112
MILLERSVILLE, MD 21108



SUNBELT RENTALS, INC
P O BOX 409211
ATLANTA, GA 30384



THE GOODE COMPANIES, INC
P O BOX 675299
DETROIT, MI 48267



THE LAW OFFICES OF MATTHEW S. EVANS, III
113 CATHEDERAL STREET
ANNAPOLIS, MD 21401



THOS SOMERVILLE CO
P O BOX 62456
BALTIMORE, MD 21264



TROY E KEPLER, ESQUIRE
408 E MAIN STREET
BUILDING 300, SUITE 1
MARSHALL, MN 56258



UNDERGROUND PROTECTION, INC
2801 BYNUM OVERLOOK DRIVE
ABINGDON, MD 21009



UNITED ENERGY PRODUCTS, INC
1610 PROFESSIONAL BLVD, SUITE K
CROFTON, MD 21114
```

```
UNITED RENTALS, INC
P O BOX 100711
ATLANTA, GA 30384


UNMC FLEETCOR
P O BOX 923928
NORCROSS, GA 30010


WALDRON OF MARYLAND, INC
8997A YELLOW BRICK ROAD
P O BOX 72230
BALTIMORE, MD 21237


WELLS BUSINESS BKG SUPPORT GROUP
P O BOX 202902
DALLAS, TX 75320-2902
```

# United States Bankruptcy Court
## District of Maryland Baltimore Division

In re  **East Coast Welding and Construction Co., Inc.**          Case No.
                                          Debtor(s)          Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **East Coast Welding and Construction Co., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September  4, 2022** | **/s/ Robert M. Stahl** |
| Date | **Robert M. Stahl** |
| | Signature of Attorney or Litigant |
| | Counsel for  **East Coast Welding and Construction Co., Inc.** |
| | **Law Offices of Robert M. Stahl** |
| | **1142 York Road** |
| | **Lutherville, MD 21093** |
| | **410-825-4800 Fax:410-825-4880** |
| | **StahlLaw@comcast.net** |