| Fill in this information to identify the case: | |
|---|---|
| Debtor name | East Coast Welding and Construction Co., Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number (if known) | 22-14850 |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **A/B, E/F, G, H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 25, 2022**      X **/s/ Christopher D. Brown**
                                                                Signature of individual signing on behalf of debtor

**Christopher D. Brown**
Printed name

**Owner**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **East Coast Welding and Construction Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND BALTIMORE DIVISION

Case number (if known): **22-14850**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                    **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1  **FNB PA**                    **Checking Account**                    **$25,545.99**

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                 **$25,545.99**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **102,266.71** - **0.00** = ....    **$102,266.71**
                                 face amount       doubtful or uncollectible accounts

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor **East Coast Welding and Construction Co., Inc.**               Case number *(If known)* **22-14850**
　　　　　Name

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **3,300.00** face amount | − **0.00** doubtful or uncollectible accounts | = .... **$3,300.00** |

12.  **Total of Part 3.**                                                                                                                                 **$105,566.71**

　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1.  **Principal Financial Group, Inc (common stock)** **168 Shares** | | $12,233.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                                             % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17.  **Total of Part 4.**                                                                                                                                 **$12,233.00**

　　　Add lines 14 through 16.  Copy the total to line 83.

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |

Debtor  **East Coast Welding and Construction Co., Inc.**                    Case number *(If known)* **22-14850**
              <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | 3 Desks, File Cabinets, 2 Copiers, 3 Computers | $0.00 | N/A | $680.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                         $680.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2019 Chevy Express 3500**<br>70k | $26,116.00 | KBB Value | $26,116.00 |
| 47.2. | **2012 Chevrolet Silverado**<br>130k | $10,446.00 | KBB Value | $10,446.00 |
| 47.3. | **2015 Chevrolet Express G3500**<br>80k | $22,968.00 | KBB Value | $22,968.00 |
| 47.4. | **2015 Chevrolet Silverado 2500**<br>235k | $9,774.00 | KBB Value | $9,774.00 |
| 47.5. | **2016 Chevrolet Silverado 2500**<br>87k | $20,564.00 | KBB Value | $20,564.00 |
| 47.6. | **2018 Chevrolet Silverado 2500 HD**<br>29k | $30,669.00 | KBB Value | $30,669.00 |
| 47.7. | **2017 Carr Trailer** | $0.00 | | $1,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor  **East Coast Welding and Construction Co., Inc.**  Case number *(If known)* **22-14850**
Name

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Item | Value | | Value |
|---|---|---|---|
| **Hypertherm Plasma Cutler** | $0.00 | N/A | $250.00 |
| **4 Miller Welders** | $0.00 | | $1,800.00 |
| **Mill Hog** | $0.00 | | $650.00 |
| **Right Angle Tube Rolling Machine** | $0.00 | | $470.00 |
| **Jancey 1"-4" Mag Drill** | $0.00 | | $250.00 |
| **Miller 280 Electric Welder** | $0.00 | | $250.00 |
| **2-2' Wilson Bend Expanders** | $0.00 | | $520.00 |
| **2-3' Wilson Bend Expanders** | $0.00 | | $250.00 |
| **2' Wilson Hydraulic Tube Cutter** | $0.00 | | $400.00 |
| **2 1/2' Wilson Hydraulic Tube Cutter** | $0.00 | | $400.00 |
| **3' Wilson Hydraulic Tube Cutter** | $0.00 | | $400.00 |
| **Assorted Tube Expanders** | $0.00 | | $100.00 |
| **6 Milwaukee Elect-Rolling Machine** | $0.00 | | $250.00 |
| **3 Rigid Pro Press 1/2 2'** | $0.00 | | $1,000.00 |
| **Rigid pro Press xlc-2** | $0.00 | | $500.00 |
| **Porta Power Kits** | $0.00 | | $250.00 |
| **Welding Lead Cable 4500'** | $0.00 | | $1,000.00 |
| **Miller bobcat** | $0.00 | | $2,500.00 |
| **4 Miller Suitcase Wire Feeders** | $0.00 | | $800.00 |
| **4 Miller Trailblazer welding machine** | $0.00 | | $2,400.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4

Debtor  **East Coast Welding and Construction Co., Inc.**         Case number *(If known)* **22-14850**
Name

| | | | |
|---|---|---|---|
| **Boiler** | $0.00 | | $2,500.00 |
| **Rigid Roll Groover** | $0.00 | | $500.00 |
| **Forklift 6000#** | $0.00 | | $5,000.00 |
| **Rigid Mega Press 1/2-2"** | $0.00 | | $350.00 |

51. **Total of Part 8.**                                                                                                  $144,827.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1207 Wilson Road Glen Burnie, MD** | Lease | $0.00 | N/A | $0.00 |

56. **Total of Part 9.**                                                                                                            $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property                                page 5

| Debtor | East Coast Welding and Construction Co., Inc. | Case number (If known) | 22-14850 |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
|  | Payroll Tax Credit/Refund          Tax year 2021 | Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **East Coast Welding and Construction Co., Inc.**    Case number *(If known)* 22-14850
        Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,545.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $105,566.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $12,233.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $680.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $144,827.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $288,852.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $288,852.70 |

**Fill in this information to identify the case:**

Debtor name: **East Coast Welding and Construction Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND BALTIMORE DIVISION

Case number (if known): **22-14850**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Comptroller of Maryland**
**Bankruptcy Unit**
**301 W Preston Street, Room 409**
**Baltimore, MD 21201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$12,852.40**    Priority amount: **$12,852.40**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**31 Hopkins Plaza, Room 1150**
**Baltimore, MD 21201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$32,153.78**    Priority amount: **$32,153.78**

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **East Coast Welding and Construction Co., Inc.**    Case number (if known)  22-14850
          Name

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ADT Security Services**<br>**3190 S Vaughn Way**<br>**Aurora, CO 80014**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Semi-Annual Bill/Security__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Allmark Door**<br>**1247 Ward Avenue**<br>**West Chester, PA 19380**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,934.40 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Asbestos Specialists, Inc**<br>**P O Box 368**<br>**Linthicum, MD 21090**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $38,340.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Autlex Electric, Inc**<br>**d/b/a Hammer Electric**<br>**845 Fannie Dorsey Road**<br>**Eldersburg, MD 21784**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15,914.92 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**BG&E**<br>**P O Box 1475**<br>**Baltimore, MD 21203**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Monthly Bill/Utility Bill__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BMG Metals, Inc**<br>**P O Box 7433**<br>**Merrifield, VA 22116**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $812.94 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**C.B. Chamberlain & Associates, LLC**<br>**P O Box 264**<br>**White Marsh, MD 21162**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Monthly Bill__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

Debtor **East Coast Welding and Construction Co., Inc.**     Case number (if known) **22-14850**
      Name

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Channel Partners Capital, LLC**<br>**11100 Wayzata Blvd, Suite**<br>**Minnetonka, MN 55305**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Judgment/Collection Account**<br>Is the claim subject to offset? ■ No   ☐ Yes | $121,190.50 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Chesapeake Systems, LLC**<br>**7400 Coca Cola Drive**<br>**Hanover, MD 21076**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Collection Account**<br>Is the claim subject to offset? ■ No   ☐ Yes | $35,787.72 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Chimney Works, LLC**<br>**1610 Professional Blvd, Suite K**<br>**Crofton, MD 21114**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pending Lawsuit/Collection Account**<br>Is the claim subject to offset? ■ No   ☐ Yes | $12,566.67 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Christopher Brown**<br>**1207 Wilson Road**<br>**Glen Burnie, MD 21061**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Shareholder Loan**<br>Is the claim subject to offset? ■ No   ☐ Yes | $272,398.16 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Cintas Corp #47M**<br>**P O Box 630803**<br>**Cincinnati, OH 45263**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Collection Account**<br>Is the claim subject to offset? ■ No   ☐ Yes | $6,300.86 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Columbia Heating Products**<br>**P O Box 24202**<br>**1409 Rome Road**<br>**Baltimore, MD 21227**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Collection Account**<br>Is the claim subject to offset? ■ No   ☐ Yes | $6,240.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Comptroller of Maryland**<br>**Bankruptcy Unit**<br>**301 W Preston Street, Room 409**<br>**Baltimore, MD 21201**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Taxes**<br>Is the claim subject to offset? ■ No   ☐ Yes | $0.00 |

Debtor **East Coast Welding and Construction Co., Inc.**  Case number (if known) 22-14850
Name

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address**<br>**Cool Springs Excavation, Inc**<br>**2724 Bynum Hill Circle**<br>**Bel Air, MD 21015**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Collection Account**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$26,852.00** |
| **3.16** | **Nonpriority creditor's name and mailing address**<br>**Delval Equipment Corporation**<br>**604 General Washington Avenue**<br>**West Norriton, PA 19403**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Pending Lawsuit/Collection Account**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$160,532.86** |
| **3.17** | **Nonpriority creditor's name and mailing address**<br>**Derbyshire, Mack & Morgan**<br>**4009-D Market Street**<br>**Aston, PA 19014**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Collection Account**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$525.20** |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>**DS Pipe & Steel Supply, LLC**<br>**P O Box 6367**<br>**Baltimore, MD 21230**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Monthly Bill**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| **3.19** | **Nonpriority creditor's name and mailing address**<br>**Earlbeck Corporation**<br>**8204 Pulaski Highway**<br>**Baltimore, MD 21237**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Collection Account**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,527.28** |
| **3.20** | **Nonpriority creditor's name and mailing address**<br>**Environmental Products, Inc**<br>**57 West Timonium Road, Suite 303**<br>**Lutherville, MD 21093**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Collection Account**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$17,368.51** |
| **3.21** | **Nonpriority creditor's name and mailing address**<br>**F&W Subcontracting**<br>**5185 Port Tobacco Road**<br>**Nanjemoy, MD 20662**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Collection Account**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,410.00** |

Debtor  **East Coast Welding and Construction Co., Inc.**                    Case number (if known)  22-14850
           Name

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Ferguson Enterprises**<br>**1300 Wolseley Industrial Group**<br>**P O Box 417592**<br>**Boston, MA 02241**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Pending Lawsuit/Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $72,998.78 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Grainger Dept**<br>**811432368**<br>**Palatine, IL 60038**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,920.19 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Credit Services**<br>**P O Box 9001030**<br>**Louisville, KY 40290**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $17,296.28 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**HSB Hartfor Steam Boiler Inspect**<br>**P O Box 73720**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Paid Of continue to use as a supplier__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**31 Hopkins Plaza, Room 1150**<br>**Baltimore, MD 21201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Taxes__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**James R Walls Contracting Co., Inc**<br>**7813 Delano Road**<br>**Clinton, MD 20735**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $19,488.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Lange Electric Company, Inc.**<br>**2626 W Patapsco Avenue**<br>**Baltimore, MD 21230**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,438.20 |

Debtor **East Coast Welding and Construction Co., Inc.**                Case number (if known) **22-14850**
      Name

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**McNeil Sales & Service, Inc**<br>**15 Marlen Drive**<br>**Robbinsville, NJ 08691**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$34,075.67** |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Monumental Supply Co**<br>**401 S Haven Street**<br>**Baltimore, MD 21224**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Peding Lawsuit/Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$108,193.86** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**N.H. Yates & Co., Inc.**<br>**117-C Church Lane**<br>**Cockeysville, MD 21030**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$211.18** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Northeastern Supply**<br>**P O Box 418154**<br>**Boston, MA 02241**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$17.74** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Old Dominion Insulation, Inc**<br>**12764 Oak Lake Court**<br>**Midlothian, VA 23112**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$950.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Payce - A Deluxe Business**<br>**P O Box 7247**<br>**Philadelphia, PA 19170**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$8,346.73** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Posner Industries**<br>**P O Box 5778**<br>**Capitol Hieghts, MD 20791**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Collection Account__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,986.77** |

Debtor **East Coast Welding and Construction Co., Inc.**            Case number (if known) **22-14850**
         Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QC3 Mechanical Service** <br> **7939 Piedmont Avenue** <br> **Glenarden, MD 20706** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: **Paid Off/Continue to Use as a Supplier** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,065.62 |
|---|---|---|---|
| | **R.L. Punzel Combustion Service, LLC** <br> **P O Box 879** <br> **Stephens City, VA 22655** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: **Collection Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,535.00 |
|---|---|---|---|
| | **School District Publishing** <br> **P O Box 489** <br> **Riesel, TX 76682** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: **Collection Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Selective Insurance Co. of America** <br> **P O Box 371468** <br> **Pittsburgh, PA 15250** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: **Monthly Insurance Bill** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,331.68 |
|---|---|---|---|
| | **SLTNS Engineered Systems** <br> **649 Lafayette Avenue, Suite 3** <br> **Hawthorne, NJ 07506** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: **Collection Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SMO** <br> **P O Box 37420** <br> **Baltimore, MD 21297** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: **Paid Off/Continue to Use as a Fuel Provider** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Sprint** <br> **P O Box 1481** <br> **Carol Stream, IL 60197** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: **Paid Off/Continue to Use as Cell Phone Provider** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **East Coast Welding and Construction Co., Inc.**   Case number (if known) 22-14850
Name

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Staiti Law Firm, Inc.**<br>**1111 Benfield Blvd, Suite 112**<br>**Millersville, MD 21108**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Paid Off/Continue to Use as an Attorney**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Sunbelt Rentals, Inc**<br>**P O Box 409211**<br>**Atlanta, GA 30384**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Paid Off/Continue to Use as a Supplier**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**The Goode Companies, Inc**<br>**P O Box 675299**<br>**Detroit, MI 48267**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Paid Off/Continue to Use as a Supplier**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Thos Somerville Co**<br>**P O Box 62456**<br>**Baltimore, MD 21264**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Collection Account**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $74,828.36 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Underground Protection, Inc**<br>**2801 Bynum Overlook Drive**<br>**Abingdon, MD 21009**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Collection Account**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $515.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**United Energy Products, Inc**<br>**1610 Professional Blvd, Suite K**<br>**Crofton, MD 21114**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pending Lawsuit/Collection Account**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $22,602.22 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**United Rentals, Inc**<br>**P O Box 100711**<br>**Atlanta, GA 30384**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Collection Account**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $3,393.72 |

Debtor **East Coast Welding and Construction Co., Inc.**     Case number (if known) **22-14850**
      Name

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,831.09** |
|---|---|---|---|
| | **UNMC Fleetcor**<br>P O Box 923928<br>Norcross, GA 30010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Collection Account**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$743.06** |
| | **Waldron of Maryland, Inc**<br>8997A Yellow Brick Road<br>P O Box 72230<br>Baltimore, MD 21237 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Collection Account**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$305,589.99** |
| | **Wells Business BKG Support Group**<br>P O Box 202902<br>Dallas, TX 75320-2902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **PPP Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Adam C Kish, Esquire**<br>5790 Morland Drive North<br>Adamstown, MD 21710 | Line **3.10**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Adam C Kish, Esquire**<br>5790 Morland Drive North<br>Adamstown, MD 21710 | Line **3.48**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Dipaula Law**<br>34 S Main Street<br>Bel Air, MD 21014 | Line **3.30**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Friedman, Framme & Thrush, PA**<br>Beco Towers II<br>10461 Mill Run Circle, Suite 550<br>Owings Mills, MD 21117 | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Jill D Caravaggio, Esquire**<br>111116 Innsbrook Way, Suite B<br>Ijamsville, MD 21754 | Line **3.22**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Law Offices of John C Williams & Associa**<br>1612 Northeast Expressway<br>Atlanta, GA 30329 | Line **3.50**<br>☐ Not listed. Explain ____ | __ |

Debtor  **East Coast Welding and Construction Co., Inc.**           Case number (if known)    **22-14850**
        Name

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **Legum Fitzpatrick, PLC**<br>**4904 Williamsburg Court**<br>**Fairfax, VA 22032** | Line  **3.29**<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Lyons County District Court**<br>**607 W Main Street**<br>**Marshall, MN 56258** | Line  **3.8**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Nelson Mullins Riley & Scarborough LLP**<br>**100 S Charles Street, Suite 1600**<br>**Baltimore, MD 21201** | Line  **3.27**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **The Law Offices of Matthew S. Evans, III**<br>**113 Cathederal Street**<br>**Annapolis, MD 21401** | Line  **3.16**<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | **45,006.18** |
| **5b. Total claims from Part 2** | 5b. + $ | **1,432,061.16** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.  $ | **1,477,067.34** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **East Coast Welding and Construction Co., Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number (if known) | **22-14850** |

■ Check if this is an amended filing

## Official Form 206G
### Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **$4,500.00 monthly rent** | |
| | State the term remaining | End 2/28/2025 | **Level Green Landscape, LLC**<br>**6408 Dower House Road**<br>**Upper Marlboro, MD 20772** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Insurance Policy: Effective dates 6/1/2022 - 6/1/2023** | |
| | State the term remaining | | **Selective nsurance Co. of the Southeast**<br>**c/o Brett Theisen**<br>**One Pennsylvania Plaza**<br>**37th Floor**<br>**New York, NY 10119** |
| | List the contract number of any government contract | 212-613-2065 | |

**Fill in this information to identify the case:**

Debtor name: **East Coast Welding and Construction Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND BALTIMORE DIVISION

Case number (if known): **22-14850**

☒ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|------|
| 2.1 | **Christopher Brown** | **1207 Wilson Road** **Glen Burnie, MD 21061** | **Channel Partners Capital** | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Christopher Brown** | **1207 Wilson Road** **Glen Burnie, MD 21061** | **Global Funding Experts** | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Christopher Brown** | **1207 Wilson Road** **Glen Burnie, MD 21061** | **AJ Equity Group, LLC** | ☒ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Christopher Brown** | **1207 Wilson Road** **Glen Burnie, MD 21061** | **Ferguson Enterprises** | ☐ D _____ ☒ E/F __3.22__ ☐ G _____ |