**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

**CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS**

IN RE:  East Coast Welding and Construction Co., Inc.     (Debtor)                    Case No.          22-14850

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accept-ing | % Accept-ing | $ Value of Accept-ances | % of Value accept-ing | # Rejection | % Reject-ing | $ Value of Rejection | % of Value Rejecting | Indicate if class is unim-paired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Ally Financial (Sec.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Unimpaired |
| 2-GM Financial (Sec.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Unimpaired |
| 3-AJ Equity (Sec.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Unimpaired |
| 4-GFE NY (Sec.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Impaired |
| 5-Unsecured Creditors | 9 | $304,102.00 | 9 | 100% | $304,102 | 100% | 0 | 0 | 0 | 0 | Impaired |
| 6-Christopher Brown | 1 | $272,398.00 | 1 | 100% | $272,398 | 100% | 0 | 0 | 0 | 0 | Impaired |
| 7-Allowed Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Unimpaired |