IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In Re: | * |
|   East Coast Welding and Construction Co., Inc. | * |
| | * Case No. 22-14850 |
| | * |
|               Debtor(s) | *     Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATION OF TALLY

**I HEREBY CERTIFY** that this **Tally** is accurate tabulation of ballots cast by parties-in-interest, which have been received by the Debtor and/or the attorney for the Debtor, as of the date of preparation.

Respectfully Submitted,

Date: October 23, 2023            /s/ Robert M. Stahl
                                        ROBERT M. STAHL, Bar No. 11537
                                        Law Office of Robert M. Stahl, LLC
                                        1142 York Road
                                        Lutherville, MD 21093
                                        (410) 825-4800
                                        Stahllaw@comcast.net
                                        Robstahl.law@gmail.com
                                        *Attorney for Debtor*